FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 6 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01157-BNB

JACQUELINE C. WAYNE,

    Plaintiff,

v.

APOGEE RETAIL, LLC, and
APOGEE TRUCKING, LLC,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 16, 2011, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01157-BNB

Lee Thomas Judd
***ATTORNEY TO BE NOTICED***

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 16, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk