**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01157-CMA-CBS

JACQUELINE C. WAYNE,

    Plaintiff,

v.

APOGEE RETAIL, L.L.C., and
APOGEE TRACKING, L.L.C.,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my past professional relationship with Defendants' counsel, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED:  July   18  , 2011

                                                BY THE COURT:

                                               */s/ Christine M. Arguello*
                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge